# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
## Bakersfield Division
## (661) 326-6624
shall@caed.uscourts.gov

Your request to attend Traffic School has been GRANTED. However, please note that you are ineligible to attend traffic school if you meet any of the following: (1) you have attended any form of traffic school due to a moving violation of the Vehicle Code within the last 18 months from the date of your current violation notice, (2) you possess a commercial driver's license or (3), if you were cited for speeding, and you were cited for traveling more than 25 miles over the posted speed limit.

*Failure to comply with the following instructions will result in the Court determining that your efforts were invalid.*

## Traffic School Instructions

Completion date: 05/05/2025

(1) Enroll / register with a California DMV certified Traffic School (either an in-person or Internet school). (Note: When enrolling / registering for traffic school, select a school that will send your proof of completion to you. Why? You have a federal ticket, and your proof of completion MUST be provided to the Central Violations Bureau. The traffic school will not do this for you. You are required to obtain the proof and mail it yourself to the Central Violations Bureau. If you fail to do so, this may result in a determination that your efforts were invalid and your moving violation may be reported to the DMV.)

(2) Complete traffic school and obtain proof of completion within 90 days from the date of this notice. (Note: You are responsible for noting your 90-day deadline for providing proof of completion of traffic school. Neither the Court nor the Central Violations Bureau will provide this information to you or provide you an extension of time.)

(3) Mail your TRAFFIC SCHOOL PROOF OF COMPLETION, FINE PAYMENT and COPY OF THIS NOTICE to:

Central Violations Bureau
P.O. Box 780549
San Antonio, TX  78278-0549

(Note: Do not mail these documents to any other address for the Central Violations Bureau or to any other address you received in previous notices. This NOTICE supersedes all other correspondence regarding your violation notice.)

(Note: You may pay your fine by check or money order made payable to the U.S. Courts, or you may pay by credit card if you complete the form below and fax it and your documents to (210) 301-6401. Write your violation number on all correspondence. **No time extensions will be granted for any reason.**)

Date: February 4, 2025

/s/ Christopher D. Baker
U.S. Magistrate Judge

---

| U. S. Courts - CVB<br>P.O. Box 780549<br>San Antonio, TX 78278-0549<br>(800) 827-2982 | LOCATION CODE | VIOLATION NUMBER | COLLATERAL<br>(Amount Due) |
|---|---|---|---|
| | CA14 | E2091199 | $230.00 |
| **DEFENDANTS NAME AND ADDRESS** |  | | |
| PABLO R QUINTERO<br>38524 E 27 ST<br><br>PALMDALE, CA 93550 | TO PAY BY CREDIT CARD PLEASE COMPLETE THE FOLLOWING:<br>Credit card type: ☐ VISA  ☐ MC  ☐ AMEX  ☐ DISCOVER<br>Card holder name:<br>Credit card number:<br>Telephone number:<br>Expiration date:<br><br>Signature: | | |